# Exhibit "A"

**CLOSED**

## U.S. Bankruptcy Court
## Southern District of Florida (Miami)
## Bankruptcy Petition #: 10-10099-LMI

| | |
|---|---|
| *Assigned to:* Laurel M Isicoff | *Date filed:* 01/05/2010 |
| Chapter 7 | *Date reopened:* 07/19/2010 |
| Voluntary | *Date terminated:* 11/30/2010 |
| No asset | *Debtor discharged:* 05/19/2010 |

*Debtor disposition:* Standard Discharge

**Debtor**
**Rody Gomez**
11555 NE 22 Drive
North Miami, FL 33181
SSN / ITIN: xxx-xx-6893

represented by **James B Miller, Esq**
19 W Flagler St #416
Miami, FL 33130
(305) 374-0200
Fax : (305) 374-0250
Email: bkcmiami@gmail.com

**Trustee**
**Joel L Tabas**
14 NE 1 Ave PH
Miami, FL 33132
305-375-8171

represented by **Scott N Brown, Esq**
14 NE 1st Ave PH
Miami, FL 33132
305-375-8171
Email: sbrown@tabasfreedman.com

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 01/05/2010 | 1 | Chapter 7 Voluntary Petition , *Exhibit D, Prefiling Certificate of Budget Counseling, Schedules, Summary of Schedules, Statistical Summary and Statement of Financial Affairs.* [Fee Amount $299] (Miller, James) (Entered: 01/05/2010) |
| 01/05/2010 | 2 | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Rody Gomez. (Miller, James) (Entered: 01/05/2010) |

| | | |
|---|---|---|
| 01/05/2010 | 3 | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Rody Gomez. (Miller, James) (Entered: 01/05/2010) |
| 01/05/2010 | 4 | Statement of Intention. Filed by Debtor Rody Gomez. (Miller, James) (Entered: 01/05/2010) |
| 01/05/2010 | 5 | Payment Advices by Debtor Filed by Debtor Rody Gomez. (Miller, James) (Entered: 01/05/2010) |
| 01/05/2010 | 6 | Statement of Current Monthly Income and Means Test Calculation Filed by Debtor Rody Gomez. (Miller, James) (Entered: 01/05/2010) |
| 01/05/2010 | 7 | Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically by Attorney James B Miller Esq (Re: 1 Voluntary Petition (Chapter 7) filed by Debtor Rody Gomez, 3 Statement of Debtor(s) Social Security Number(s) filed by Debtor Rody Gomez, 6 Statement of Current Monthly Income and Means Test Calculation filed by Debtor Rody Gomez). (Miller, James) (Entered: 01/05/2010) |
| 01/05/2010 | 8 | Disclosure of Compensation by Attorney James B Miller Esq. (Miller, James) (Entered: 01/05/2010) |
| 01/05/2010 | 9 | Meeting of Creditors to be held on 02/05/2010 at 11:00 AM at 51 SW First Ave Room 102, Miami. Objections to Discharge/Dischargeability due by 04/06/2010. (Miller, James) (Entered: 01/05/2010) |
| 01/05/2010 | | Receipt of Voluntary Petition (Chapter 7)(10-10099) [misc,volp7a] ( 299.00) Filing Fee. Receipt number 6879748. Fee amount 299.00. (U.S. Treasury) (Entered: 01/05/2010) |
| 01/06/2010 | 10 | Case Checked and Notice of Requirement to File a Certificate of Completion of a Financial Management Course. (Tooks, Ida) (Entered: 01/06/2010) |
| 01/08/2010 | 11 | BNC Certificate of Mailing (Re: 9 Meeting of Creditors to be held on 02/05/2010 at 11:00 AM at 51 SW First Ave Room 102, Miami. Objections to Discharge/Dischargeability due by 04/06/2010.) Service Date 01/08/2010. (Admin.) (Entered: 01/09/2010) |
| 01/08/2010 | 12 | BNC Certificate of Mailing (Re: 10 Case Checked and Notice of Requirement to File a Certificate of Completion of a Financial Management Course.) Service Date 01/08/2010. (Admin.) (Entered: 01/09/2010) |

| | | |
|---|---|---|
| 01/28/2010 | 13 | Certification of Completion of Instructional Course Concerning Personal Financial Management by Debtor ONLY Filed by Debtor Rody Gomez. (Miller, James) (Entered: 01/28/2010) |
| 02/05/2010 | 14 | Meeting of Creditors Held and Concluded (Tabas, Joel) (Entered: 02/05/2010) |
| 02/05/2010 | 15 | The information required by 11 U.S.C. Sec. 521(a)(1) as provided by the debtor(s) in this case is complete to the satisfaction of the trustee. No creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. Sec. 521(i)(2) and the trustee does not believe that this case is subject to automatic dismissal pursuant to 11 U.S.C. Sec. 521(i). (Tabas, Joel) (Entered: 02/05/2010) |
| 02/08/2010 | 16 | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later than 21 days from the date of entry of this order . (Oriol-Bennett, Alexandra) (Entered: 02/08/2010) |
| 02/10/2010 | 17 | BNC Certificate of Mailing (Re: 16 Order Determining Debtor's Compliance with Filing Requirements of Section 521) Service Date 02/10/2010. (Admin.) (Entered: 02/11/2010) |
| 02/17/2010 | 18 | *Ex Parte* Application to Employ Scott N. Brown as Attorney for the Trustee *Nunc Pro Tunc to February 5, 2010* [Affidavit Attached] Filed by Trustee Joel L Tabas. (Brown, Scott) (Entered: 02/17/2010) |
| 02/19/2010 | 19 | Order Granting Application to Employ Scott N Brown as Trustee's Attorney Nunc Pro Tunc to February 5, 2010 (Re: # 18 ) (Oriol-Bennett, Alexandra) (Entered: 02/22/2010) |
| 02/23/2010 | 20 | Certificate of Service by Attorney Scott N Brown Esq (Re: 19 Order on Application to Employ). (^Brown1, Scott) (Entered: 02/23/2010) |
| 03/08/2010 | 21 | Objection to Debtor's Claim of Exemptions *and Scheduled Valuation of All Real and Personal Property*, in addition to Motion to Compel *Turnover of Documents* Filed by Trustee Joel L Tabas. (^Brown1, Scott) (Entered: 03/08/2010) |
| 03/09/2010 | 22 | Notice of Hearing (Re: 21 Objection to Debtor's Claim of Exemptions *and Scheduled Valuation of All Real and Personal Property*, Motion to Compel *Turnover of Documents* Filed by Trustee Joel L Tabas.) Hearing scheduled for 04/05/2010 at 09:30 AM at 51 SW First Ave Room 1409, Miami. (Sanabria, Noemi) (Entered: 03/09/2010) |

| | | |
|---|---|---|
| 03/10/2010 | 23 | Certificate of Service by Attorney Scott N Brown Esq (Re: 22 Notice of Hearing). (^Brown1, Scott) (Entered: 03/10/2010) |
| 04/06/2010 | 24 | Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) Filed by Trustee Joel L Tabas. (^Brown1, Scott) (Entered: 04/06/2010) |
| 04/07/2010 | 25 | Notice of Hearing (Re: 24 Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor) Hearing scheduled for 05/03/2010 at 10:00 AM at 51 SW First Ave Room 1409, Miami. (Sanabria, Noemi) (Entered: 04/07/2010) |
| 04/07/2010 | 26 | Order Continuing Hearing On (Re: 21 Objection to Debtor's Claim of Exemptions filed by Trustee Joel L Tabas). Hearing scheduled for 05/10/2010 at 09:30 AM at 51 SW First Ave Room 1409, Miami. (Oriol-Bennett, Alexandra) (Entered: 04/07/2010) |
| 04/08/2010 | 27 | Certificate of Service by Attorney Scott N Brown Esq (Re: 25 Notice of Hearing). (^Brown1, Scott) (Entered: 04/08/2010) |
| 04/08/2010 | 28 | Certificate of Service by Attorney Scott N Brown Esq (Re: 26 Order Continuing Hearing). (^Brown1, Scott) (Entered: 04/08/2010) |
| 05/04/2010 | 29 | Order Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Re: # 24 ) Deadline Extended to **5/10/2010** (Oriol-Bennett, Alexandra) (Entered: 05/06/2010) |
| 05/10/2010 | 30 | Certificate of Service by Attorney Scott N Brown Esq (Re: 29 Order on Motion to Extend Time to File Section 727 Complaint). (^Brown1, Scott) (Entered: 05/10/2010) |
| 05/13/2010 | 31 | Agreed Order (1)Sustaining in Part, Overruling in Part and Reserving Ruling in Part on Trustee's Objection to Debtor's Scheduled Valuation and Claimed Exemption of all Real Estate and Personal Property and (2) Denying Motion To Compel Turnover of Documents as Moot (Re: # 21 ) (Oriol-Bennett, Alexandra) (Entered: 05/13/2010) |
| 05/14/2010 | 32 | Certificate of Service by Attorney Scott N Brown Esq (Re: 31 Order on Objection to Exemption, Order on Motion to Compel). (^Brown1, Scott) (Entered: 05/14/2010) |
| 05/19/2010 | 33 | Order Discharging Debtor (Re: 9 Meeting (Chapter 7)). (Oriol-Bennett, Alexandra) (Entered: 05/19/2010) |
| 05/21/2010 | 34 | BNC Certificate of Mailing - Order of Discharge (Re: 33 Order Discharging Debtor) Service Date 05/21/2010. (Admin.) (Entered: 05/22/2010) |

| Date | Doc# | Description |
|---|---|---|
| 07/16/2010 | 35 | Final Decree and Discharge of Trustee. Bankruptcy Case Closed. (Admin.) (Entered: 07/16/2010) |
| 07/19/2010 |  | This case was closed prematurely due to a programming error. The Final Decree entered on July 16, 2010 has no force and effect. This Bankruptcy Case is Reopened. (Haas, Ellen) (Entered: 07/19/2010) |
| 10/18/2010 | 36 | Chapter 7 Trustee's Report of No Distribution: I, Joel L Tabas, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): $0.00, Assets Exempt: $298304.00, Claims Scheduled: $4468667.05, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $4468667.05. Filed by Trustee Joel L Tabas. (Tabas, Joel) (Entered: 10/18/2010) |
| 10/28/2010 | 37 | Trustee's Interim Report. The trustee has submitted to the Office of the United States Trustee an interim report for the period ending 09/30/10. The interim report provides information concerning asset administration and an accounting of the financial activity in the case. Filed by Trustee Joel L Tabas. (Tabas, Joel) (Entered: 10/28/2010) |
| 11/30/2010 | 38 | Final Decree and Discharge of Trustee . (Haas, Ellen) (Entered: 11/30/2010) |
| 11/30/2010 | 39 | Bankruptcy Case Closed. (Haas, Ellen) (Entered: 11/30/2010) |
| 12/02/2010 | 40 | BNC Certificate of Mailing (Re: 38 Final Decree and Discharge of Trustee .) Service Date 12/02/2010. (Admin.) (Entered: 12/03/2010) |
| 03/09/2011 | 41 | Motion to Enforce (Re: 33 Order Discharging Debtor) , in addition to Motion For Sanctions Against DB Zwirn Speical Opportunites Fund, LP; Scott S. Balber, Esq.; and, Chadbourne & Parke, LLP Filed by Debtor Rody Gomez (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Miller, James) (Entered: 03/09/2011) |
| 03/10/2011 | 42 | Notice of Hearing (Re: 41 Motion to Enforce) Hearing scheduled for |

| | | |
|---|---|---|
| | | 03/28/2011 at 10:30 AM at 51 SW First Ave Room 1409, Miami. (Sanabria, Noemi) (Entered: 03/10/2011) |
| 03/15/2011 | 43 | Certificate of Service Filed by Debtor Rody Gomez (Re: 42 Notice of Hearing). (^Miller1, James) (Entered: 03/15/2011) |
| 03/17/2011 | 44 | Certificate of Service *of Supplemental Service* Filed by Debtor Rody Gomez (Re: 42 Notice of Hearing). (^Miller1, James) (Entered: 03/17/2011) |
| 03/21/2011 | 45 | Motion to Appear pro hac vice by Scott S. Balber Filed by Creditor Fortress Value Recovery Fund I, LLC f/k/a D.B. Zwirn Special Opportunities Fund, L.P.. (Grossman, Gregory) (Entered: 03/21/2011) |
| 03/22/2011 | 46 | Order Granting Motion To Appear pro hac vice (Re: # 45 ) (Oriol-Bennett, Alexandra) (Entered: 03/23/2011) |
| 03/23/2011 | 47 | Certificate of Service Filed by Creditor Fortress Value Recovery Fund I, LLC f/k/a D.B. Zwirn Special Opportunities Fund, L.P. (Re: 46 Order on Motion to Appear pro hac vice). (Grossman, Gregory) (Entered: 03/23/2011) |
| 03/24/2011 | 48 | Memorandum of Law in Opposition Filed by Creditor Fortress Value Recovery Fund I, LLC f/k/a D.B. Zwirn Special Opportunities Fund, L.P. (Re: 41 Motion to Enforce (Re: 33 Order Discharging Debtor) filed by Debtor Rody Gomez, Motion For Sanctions Against DB Zwirn Speical Opportunites Fund, LP; Scott S. Balber, Esq.; and, Chadbourne & Parke, LLP ). (Grossman, Gregory) (Entered: 03/24/2011) |
| 03/24/2011 | 49 | Notice of Filing *attachments to Memorandum of Law in Opposition to Debtors Motion to Enforce Stay and Award Sanctions*, Filed by Creditor Fortress Value Recovery Fund I, LLC f/k/a D.B. Zwirn Special Opportunities Fund, L.P. (Re: 48 Memorandum of Law). (Attachments: # 1 Affidavit of Steven Campbell# 2 Exhibit A-1# 3 Exhibit A-2# 4 Exhibit A-3# 5 Exhibit A-4# 6 Exhibit A-5# 7 Exhibit A-6# 8 Exhibit A-7# 9 Exhibit B# 10 Exhibit C-1# 11 Exhibit C-2# 12 Exhibit C-3# (13) Exhibit C-4# 14 Exhibit C-5# 15 Exhibit C-6# 16 Exhibit C-7# 17 Exhibit C-8# 18 Exhibit C-9# 19 Exhibit C-10# 20 Exhibit C-11# 21 Exhibit C-12# 22 Exhibit C-13# 23 Exhibit C-14# 24 Exhibit C-15A# 25 Exhibit C-15B# 26 Exhibit C-16# 27 Exhibit D# 28 Exhibit E# 29 Affidavit Declaration of Scott Balber# 30 Exhibit 1# 31 Exhibit 2# 32 Exhibit 3# 33 Exhibit 4) (Grossman, Gregory) (Entered: 03/24/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2011 15:31:55 | | | |
| PACER Login: | dh0890 | Client Code: | Gomez, rodovaldo |
| Description: | Docket Report | Search Criteria: | 10-10099-LMI Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 4 | Cost: | 0.32 |