# Composite Exhibit "D"

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2011-4312-CA-05

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., a foreign corporation
    Plaintiff,
v.
SABY GOMEZ DE MOLINA, individually,
    Defendant.
_____/

CASE NO.: 2011-4320-CA-08

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., a foreign corporation
    Plaintiff,
v.
RODY GOMEZ, individually,
    Defendant.
_____/

CASE NO.: 2011-4324-CA-06

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., a foreign corporation
    Plaintiff,
v.
RODOVALDO "RODY" GOMEZ, individually,
    Defendant.
_____/

## D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.'S MOTION TO TRANSFER CASE NUMBERS 2011-4320-CA-08 AND 2011-4324-CA-06 TO SECTION CA-05

D.B. Zwirn Special Opportunities Fund, L.P., ("D.B. Zwirn") files this Motion to Transfer Case Numbers 2011-4320-CA-08 and 2011-4324-CA-06 to Section CA-05 ("Motion"), and in support thereof states that:

1.    Case Numbers 2011-4312-CA-05, 2011-4320-CA-08, and 2011-4324-CA-06, captioned above, are proceedings filed by D. B. Zwirn pursuant to the Florida Enforcement of

Foreign Judgments Act, Florida Statutes §55.501 *et seq.*, in enforcement of three Judgments entered by the Supreme Court of the State of New York, County of New York, each in favor of D.B. Zwirn and in the amount of $2,000,000.00, one against Saby Gomez de Molina, the second against Rody Gomez, and the last against Rodovaldo "Rody" Gomez (together, the "New York Judgments").

2. Saby Gomez de Molina, Rody Gomez, and Rodovaldo "Rody" Gomez (together the "Gomez's") are related family, and all three of the New York Judgments arise from confessions of judgment signed by the Gomez's as guarantors of their affiliated company, Rody Truck Enterprises, Inc.

3. Rody Truck Enterprises, Inc, entered into a settlement agreement, as borrower, with D.B. Zwirn. The Gomez's executed the settlement agreement as the borrower's guarantors. As a result of the occurrence of events of default under the settlement agreement, and the guarantors' failure to cure the same, the confessions of judgments were filed with the County Clerk's Office for the Supreme Court of the State of New York (in accordance with the terms of the settlement agreement) and the New York Judgments were entered.

4. Given the close interrelationship and nexus among these three proceedings, including the underlying bases and parties thereto, it is in the interests of judicial economy, as well as in the interests of preserving party resources, to transfer Case Numbers 2011-4320-CA-08 and 2011-4324-CA-06 to Section CA-05, where the lowest numbered case, Case Number 2011-4312-CA-05, is currently pending.

5. The Gomez's have jointly filed a separate action in opposition to enforcement of the New York Judgments.[1] The fact that the Gomez's are proceeding jointly and together in

---

[1] The action filed by the Gomez's has been removed to the United States District Court for the Southern District of Florida, and currently is proceeding in such Court under Case Number 1:11-cv-21155-KMM.

2

their contest action reiterates the connection between the three enforcement proceedings and further supports the transfer of the proceedings for administration by a single Judge in a single judicial Section of this Court.

6. In further consideration of preservation of the Court's and the parties' time and resources, D.B. Zwirn requests, subject to the approval of Circuit Judge Marc Schumacher (the assigned Judge to Section CA-05), that the three matters proceed in consolidated fashion in Section CA-05.

WHEREFORE, D.B. Zwirn Special Opportunities Fund, L.P. respectfully requests that the Court enter an Order:

A. Transferring Case Numbers 2011-4320-CA-08 and 2011-4324-CA-06 to Section CA-05;

B. Consolidating Case Numbers 2011-4312-CA-05, 2011-4320-CA-08, and 2011-4324-CA-06, subject to the approval of Circuit Judge Marc Schumacher; and

C. Granting D.B. Zwirn Special Opportunities Fund, L.P. such further and/or other relief as is deemed just and proper.

Dated: April 6, 2011

                        Respectfully submitted,

                        ASTIGARRAGA DAVIS MULLINS &
                        GROSSMAN, P.A.

By: _____/s/ Hal M. Lucas_____
                        Gregory S. Grossman
                        Florida Bar No.: 896667
                        Hal M. Lucas
                        Florida Bar No.: 0853011
                        701 Brickell Avenue, 16th Floor
                        Miami, Florida 33131
                        Tel: (305) 372-8282
                        Fax: (305) 372-8202

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 6th day of April, 2011, a copy of the above and foregoing was served on the following counsel of record by first-class mail, postage prepaid, and facsimile:

        David Haber, Esq.
        David Podein, Esq.
        Lindsey Thurswell, Esq.
        Law Offices of David B. Haber, P.A.
        201 S. Biscayne Blvd., Suite 1205
        Miami, Florida 33131

and a courtesy copy was sent by email.

                                           _____/s/ Hal M. Lucas_____
                                                Hal M. Lucas

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2011-4312-CA-05

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., a foreign corporation
    Plaintiff,
v.
SABY GOMEZ DE MOLINA, individually,
    Defendant.
_____/

CASE NO.: 2011-4320-CA-08

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., a foreign corporation
    Plaintiff,
v.
RODY GOMEZ, individually,
    Defendant.
_____/

CASE NO.: 2011-4324-CA-06

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P., a foreign corporation
    Plaintiff,
v.
RODOVALDO "RODY" GOMEZ, individually,
    Defendant.
_____/

## NOTICE OF HEARING
(Transfer Motion Calendar)

**YOU ARE HEREBY NOTIFIED** that the undersigned will call up for hearing before the **Honorable Jennifer D. Bailey**, one of the Judges of the above-styled court, in her Courtroom, on:

**DATE:**    Tuesday, April 12, 2011

**TIME:**    9:45 a.m.

PLACE:   MIAMI-DADE COUNTY COURTHOUSE
         73 West Flagler Street, Room DCC1307
         Miami, Florida 33130

SUBJECT:

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.'S MOTION TO TRANSFER CASE NUMBERS 2011-4320-CA-08 AND 2011-4324-CA-06 TO SECTION CA-05

PLEASE BE GOVERNED ACCORDINGLY.

Dated: April 6, 2011

                                        Respectfully submitted,

                                        ASTIGARRAGA DAVIS MULLINS &
                                        GROSSMAN, P.A.

                                        By: _____/s/ Hal M. Lucas_____
                                        Gregory S. Grossman
                                        Florida Bar No.: 896667
                                        Hal M. Lucas
                                        Florida Bar No.: 0853011
                                        701 Brickell Avenue, 16th Floor
                                        Miami, Florida  33131
                                        Tel: (305) 372-8282
                                        Fax: (305) 372-8202

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of April, 2011, a copy of the above and foregoing was served on the following counsel of record by first-class mail, postage prepaid, and facsimile:

> David Haber, Esq.
> David Podein, Esq.
> Lindsey Thurswell, Esq.
> Law Offices of David B. Haber, P.A.
> 201 S. Biscayne Blvd., Suite 1205
> Miami, Florida 33131

and a courtesy copy was sent by email.

/s/ Hal M. Lucas
_____
Hal M. Lucas

-3-

IN THE CIRCUIT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NUMBER: 11 - 4320 CA 08

D. B. Zwirn Special Opportunities Fund Plaintiff(s),

vs

Rody Gomez, Defendant(s).

**ORDER GRANTING/DENYING MOTION TO TRANSFER**

THIS CAUSE came on to be heard upon Plaintiff's/Defendant's Motion to Transfer, and the Court being fully advised in the premises, it is hereby

✓ **GRANTED.** It is further ORDERED AND ADJUDGED that this cause is hereby transferred to Section No. CA-05.

_____ **DENIED.**

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this 12th day of April, 2011.

_____
ADMINISTRATIVE JUDGE

Jennifer D. Bailey
Circuit Court Judge

Copies furnished to:
   counsel of record

117.01-9 4/99