# Exhibit "E"

# Lindsey Thurswell

| | |
|---|---|
| **From:** | Hal Lucas [hlucas@astidavis.com] |
| **Sent:** | Friday, April 15, 2011 12:37 PM |
| **To:** | David Haber |
| **Cc:** | David Podein; Lindsey Thurswell; Greg Grossman |
| **Subject:** | Rodovaldo Rody Gomez et al. v. D.B. Zwirn Special Opportunites Fund L.P., U.S. Dist. Ct., Southern Dist. Fla., Case No. 1:11-cv-21155-KMM |

Dear Mr. Haber:

I understand from Greg Grossman that you indicated to him at the State Court hearing earlier this week that your clients do not agree to the amended motion, that our client will be filing today, to transfer the removed action to the U.S. District Court for the Southern District of New York. That being the case, our client will be filing the amended motion today and will represent in the Local Rule 7.1(a)(3) certificate that a resolution of the issues was not reached following a good faith conference.

Sincerely,

Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Tel: (305) 372-8600
Fax: (305) 372-8202

STATEMENT OF CONFIDENTIALITY
The information in this E-mail is confidential and may be legally privileged. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, maintain, save or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Astigarraga Davis Mullins & Grossman, P.A. for damage arising in any way from its use.