UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-cv-21155-KMM-Moore/Torres

RODOVALDO RODY GOMEZ, SABY GOMEZ
DE MOLINA, RODY GOMEZ A/K/A RODY
GOMEZ JR.,

               Plaintiffs,

               v.

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND
L.P.,

               Defendant.
_____/

**JOINT MOTION TO STAY DISCOVERY
AND FOR AN EXTENSION OF TIME TO ANSWER, FILE DISPOSITIVE
MOTIONS, OR OTHERWISE RESPOND TO THE VERIFIED COMPLAINT**

      Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(a)(1)(J), plaintiffs Rodovaldo Rody Gomez, Saby Gomez de Molina, and Rody Gomez a/k/a Rody Gomez Jr. (collectively, "Plaintiffs") and defendant Fortress Value Recovery Fund I LLC f/k/a D.B. Zwirn Special Opportunities Fund L.P. ("Defendant") hereby files their Joint Motion to Stay Discovery and for an Extension of Time to Answer, File Dispositive Motions, or Otherwise Respond to the Verified Complaint, and in support thereof states as follows:

      1.      On or about March 24, 2011, Plaintiffs filed a Verified Complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida. (DE #1, at Ex. B.)

      2.      On April 1, 2011, Defendant filed a motion to dismiss the Verified Complaint for improper venue pursuant to Fla. R. Civ. P. 1.140(b)(3) and 28 U.S.C. § 1406. (DE #1 at Ex. G.) On April 1, 2011, Defendant further filed a Notice of Removal in the United States District Court for the Southern District of Florida. (DE #1.)

3. Defendant waived service of the summons and Verified Complaint on April 4, 2011, and Defendant's response to the Verified Complaint is due on or before May 24, 2011. (DE #8.)

4. On April 15, 2011, Plaintiffs filed a Motion to Remand Case Under 28 U.S.C. § 1447(c). (DE #7.) On April 15, 2011, Defendant further filed an Amended Motion to Transfer Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a). (DE #9.)

5. If the Court grants the Amended Motion to Transfer or the Motion to Remand, then a response to the Verified Complaint before this Court renders a decision on either Motion may be rendered moot. In addition, beginning discovery or motion practice before the appropriate forum is determined would not be in the interests of judicial economy and may further subject the parties to premature or unnecessary litigation expense.

6. This request to stay discovery and for an extension to Answer, file dispositive motions, or otherwise respond to the Verified Complaint is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

WHEREFORE, the Parties respectfully request the Court to enter an Order granting a stay of discovery and for an extension of time for Defendant to Answer, file dispositive motions, or otherwise respond to the Verified Complaint through 30 days after this Court's decision on the later of Plaintiffs' Motion to Remand Case Under 28 U.S.C. § 1447(c) and Defendant's Amended Motion to Transfer Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a).

Dated: April 22, 2011

        Respectfully submitted,

By   s/ Hal M. Lucas

    Gregory S. Grossman (Bar No.: 896667)
    ggrossman@astidavis.com
    Hal M. Lucas (Bar No.: 0853011)
    hlucas@astidavis.com
    ASTIGARRAGA DAVIS MULLINS &
      GROSSMAN, P.A.
    701 Brickell Avenue, 16th Floor
    Miami, Florida 33131
    Telephone: (305) 372-8282
    Facsimile: (305) 372-8202
    Attorneys for Defendant Fortress Value
      Recovery Fund I LLC f/k/a D.B.
      Zwirn Special Opportunities Fund,
      L.P.

    Scott S. Balber*
    sbalber@chadbourne.com
    CHADBOURNE & PARKE LLP
    30 Rockefeller Plaza
    New York, NY 10112
    Telephone: (212) 408-5100
    Facsimile: (212) 541-5369
    Attorneys for Defendant Fortress Value
      Recovery Fund I LLC f/k/a D.B.
      Zwirn Special Opportunities Fund,
      L.P.
* not admitted in the Southern District
of Florida: Pro Hac Vice to be filed

Dated: April 22, 2011

                                          Respectfully submitted,

By    s/ David B. Haber
      David B. Haber, Esq. (Bar No.: 435368)
      dhaber@dhaberlaw.com
      Lindsey F. Thurswell (Bar No.: 84747)
      lthurswell@dhaberlaw.com
      LAW OFFICES OF DAVID B. HABER, P.A.
      201 S. Biscayne Blvd., Suite 1205
      Miami, Florida 33131
      Telephone: (305) 379-2400
      Facsimile: (305) 379-1106
      Attorneys for Plaintiffs Rodovaldo Rody Gomez, Saby Gomez de Molina, and Rody Gomez a/k/a Rody Gomez Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2011, the foregoing document was electronically filed with the Clerk of the Court and served on Counsel for Plaintiffs in the manner specified below.

                                         s/ Hal M. Lucas
                                         Hal M. Lucas

## SERVICE LIST

David B. Haber, Esq.
dhaber@dhaberlaw.com
Law Offices of David B. Haber, P.A.
201 S. Biscayne Blvd., Suite 1205
Miami, Florida 33131
Telephone: (305) 379-2400
Facsimile: (305) 379-1106
Counsel for Plaintiffs Rodovaldo Rody Gomez,
    Saby Gomez de Molina, and Rody Gomez
    a/k/a Rody Gomez Jr.
Served Via Notice of Electronic Filing generated by CM/ECF

David Thomas Podein
dpodein@dhaberlaw.com
Law Offices of David B. Haber, P.A.
201 S. Biscayne Blvd., Suite 1205
Miami, Florida 33131
Telephone: (305) 379-2400
Facsimile: (305) 379-1106
Counsel for Plaintiffs Rodovaldo Rody Gomez,
    Saby Gomez de Molina, and Rody Gomez
    a/k/a Rody Gomez Jr.
Served Via Notice of Electronic Filing generated by CM/ECF

Lindsey Fallon Thurswell
lthurswell@dhaberlaw.com
Law Offices of David B. Haber, P.A.
201 S. Biscayne Blvd., Suite 1205
Miami, Florida 33131
Telephone: (305) 379-2400
Facsimile: (305) 379-1106
Counsel for Plaintiffs Rodovaldo Rody Gomez,
    Saby Gomez de Molina, and Rody Gomez a/k/a Rody Gomez Jr.
Served Via U.S. Mail

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-cv-21155-KMM-Moore/Torres

RODOVALDO RODY GOMEZ, SABY GOMEZ
DE MOLINA, RODY GOMEZ A/K/A RODY
GOMEZ JR.,

          Plaintiffs,

v.

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND
L.P.,

          Defendant.
_____/

## [PROPOSED] ORDER GRANTING THE JOINT MOTION TO STAY DISCOVERY AND FOR AN EXTENSION OF TIME TO ANSWER, FILE DISPOSITIVE MOTIONS, OR OTHERWISE RESPOND TO THE VERIFIED COMPLAINT

THIS MATTER is before the Court upon the Joint Motion to Stay Discovery and for an Extension of Time to Answer, File Dispositive Motions, or Otherwise Respond to the Verified Complaint ("Motion"), of plaintiffs Rodovaldo Rody Gomez, Saby Gomez de Molina, and Rody Gomez a/k/a Rody Gomez Jr. (collectively, "Plaintiffs") and defendant Fortress Value Recovery Fund I LLC f/k/a D.B. Zwirn Special Opportunities Fund L.P. ("Defendant"), filed on April 22, 2011. The Court, having reviewed the Motion and being advised fully on the premises, hereby

ORDERS AND ADJUDGES as follows:

The Joint Motion to Stay Discovery and for an Extension of Time to Answer, File Dispositive Motions, or Otherwise Respond to the Verified Complaint is GRANTED. Discovery shall be stayed and Defendant shall file its response to the Verified Complaint through 30 days following the Court's ruling on the later of Plaintiffs' Motion to Remand Case Under 28 U.S.C.

§ 1447(c) and Defendant's Amended Motion to Transfer Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a).

DONE and ORDERED in chambers, Miami, Florida, this ____ day of April, 2011.

_____
JUDGE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record