UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-cv-21155-KMM

RODOVALDO RODY GOMEZ, individually,
SABY GOMEZ DE MOLINA, individually,
and RODY GOMEZ a/k/a RODY GOMEZ JR.,
individually,

       Plaintiff,
vs.

D.B. ZWIRN SPECIAL OPPORTUNITIES
FUND, L.P.,

       Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

The Plaintiffs, Rodovaldo Rody Gomez, Saby Gomez de Molina and Rody Gomez a/k/a Rody Gomez Jr., and Defendant, D.B. Zwirn Special Opportunities Fund, L.P., by and through their undersigned counsel and subject to this Court's approval, file this Notice of Mediator Selection and states as follows:

1. The parties jointly designate HONORABLE RONALD M. FRIEDMAN, at Salmon & Dulberg Dispute Resolution, 19 West Flagler Street, Suite 620, Miami, FL 33130, telephone number 305-371-5490, to serve as mediator in this action.

Dated: May 23, 2011
       Miami, Florida.

Respectfully submitted,                                              Respectfully submitted,

  /s/ David B. Haber                                                /s/ Hal M. Lucas            .
**David B. Haber**                                                       **Hal M. Lucas**
Florida Bar No. 435368                                           Florida Bar No. 0853011
dhaber@dhaberlaw.com                                         hlucas@astidavis.com

*Case No.: 11-cv-21155-KMM*

| | |
|---|---|
| **Lindsey F. Thurswell** | **Gregory S. Grossman** |
| Florida Bar No.: 84747 | Florida Bar No. 896667 |
| lthurswell@dhaberlaw.com | ggrossman@astidavis.com |
| **David T. Podein** | ASTIGARRAGA DAVIS |
| Florida Bar No.: 62038 | MULLINS & GROSSMAN, P.A. |
| Dpodein@dhaberlaw.com | 701 Brickell Avenue, 16th Floor |
| DAVID B. HABER, P.A. | Miami, Florida 33131 |
| 201 South Biscayne Blvd., Suite 1205 | Telephone: (305) 372-8282 |
| Miami, Florida 33131 | Facsimile: (305) 372-8202 |
| Telephone: (305) 379-2400 | |
| Facsimile: (305) 379-1106 | *Attorneys for Defendant Fortress Value Recovery Fund I LLC f/k/a D.B. Zwirn Special Opportunities Fund, L.P.* |
| *Attorneys for Plaintiffs Rodovaldo Rody Gomez, Saby Gomez de Molina, and Rody Gomez a/k/a Rody Gomez Jr.* | |
| | **Scott S. Balber*** |
| | sbalber@chadbourne.com |
| | CHADBOURNE & PARKE LLP |
| | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| | Telephone: (212) 408-5100 |
| | Facsimile: (212) 541-5369 |
| | *Attorneys for Defendant Fortress Value Recovery Fund I LLC f/k/a D.B. Zwirn Special Opportunities Fund, L.P.* |
| | *Admission pro hac vice |